

# Missouri Court of Appeals
## Southern District

## AUGUST 14, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No. SD33128

    Re:   CARLA BOSTICK,
          Appellant,
          vs.
          KEN WALLER,
          Respondent.

2.  Case No. SD32876

    Re:   MIKE SCHILLING, MARLA MARANTZ, LOUELLA HARLAMERT, and
          PHYLLIS NETZER,
          Appellants,
          vs.
          LIFE360 CHURCH OF THE ASSEMBLIES OF GOD, INC., ROBERT W.
          BUCHANAN, and JENNIFER M. BUCHANAN, CITY OF SPRINGFIELD,
          MISSOURI; BRENDA CIRTIN, City Clerk; BOB STEPHENS, Mayor;
          JEFF SEIFRIED, City Council Member; CINDY RUSHEFSKY, City
          Council Member; JERRY COMPTON, City Council Member; CRAIG
          FISHEL, City Council Member; JAN FISK, City Council Member; CRAIG
          HOSMER, City Council Member; and MIKE CARROLL, City Council
          Member,
          Respondents.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No. SD32896

    Re:   STATE OF MISSOURI,
          Plaintiff-Respondent,
          vs.
          DARNELL D. WARDINGTON,
          Defendant-Appellant.